IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMEL BLANTON,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 5:12-CV-01103 |
| NEWTON ASSOCIATES, INC., a/k/a<br>RICHMOND ENTERPRISES, INC. d/b/a<br>PIZZA HUT<br>*Defendant* | §<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On December 16, 2013, the trial of the above numbered and styled cause began. Plaintiff, Jamel Blanton, appeared in person and through his attorney and announced ready for trial. Defendants, Pizza Hut of San Antonio Number 6, Inc., Newton Associates, Inc. and Newton Associates I, Ltd. appeared in person and through their attorney and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record. Defendants moved for entry of judgment on the verdict. The Court considered the motion and renders judgment for Defendants.

Therefore, the Court ORDERS that the Plaintiff, Jamel Blanton, take nothing by his suit.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT.

SIGNED on January 14, 2014.

HONORABLE XAVIER RODRIGUEZ

Final Judgment
*Blanton v. Pizza Hut*